

melanmendiolapl

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 08-00014 |
| Plaintiff, ) | |
| ) | **COMPLAINT** |
| vs. ) | **FELON IN POSSESSION OF A FIREARM** [18 U.S.C. § 922(g)(1)] (Count I) |
| ) | **RECEIPT OF FIREARM WITH OBLITERATED SERIAL NUMBER** [18 U.S.C. § 922(k) (Count II) |
| MELAN JUNIOR MENDIOLA, ) | **USING AND CARRYING A FIREARM DURING A CRIME OF VIOLENCE** |
| Defendant. ) | [18 U.S.C. § 924(c)(1)(A)(iii) (Count III) |

THE UNDERSIGNED COMPLAINANT CHARGES UPON INFORMATION AND BELIEF THAT:

### COUNT I - FELON IN POSSESSION OF A FIREARM

On or about May 31, 2003, in the District of Guam, MELAN JUNIOR MENDIOLA, the defendant, having been convicted in the Superior Court of Guam on or about April 21, 1998, in CF166-98, of Possession of a Controlled Substance, a crime punishable by imprisonment for a term exceeding one year, possessed in and affecting commerce a firearm, to wit: a Sturm, Ruger & Company, Inc., 9 millimeter caliber pistol, Model P85, with an obliterated serial number,

which had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1).

### COUNT II - RECEIPT OF FIREARM WITH OBLITERATED SERIAL NUMBER

On or about May 31, 2003, in the District of Guam, the defendant MELAN JUNIOR MENDIOLA, knowingly received, in interstate or foreign commerce, a firearm, a Sturm, Ruger & Company, Inc., 9 millimeter caliber pistol, Model P85, from which the importer or manufacturer's serial number had been obliterated, in violation of Title 18, United States Code, Sections 922(k).

### COUNT III - USING AND CARRYING A FIREARM DURING A CRIME OF VIOLENCE

On or about May 31, 2003, in the District of Guam, MELAN JUNIOR MENDIOLA, the defendant, unlawfully, knowingly, and wilfully, during and in relation to a crime of violence for which the defendant is being prosecuted in a court of the United States, namely, Aggravated Murder, charged in Superior Court of Guam, case no.CF276-03, used and carried a firearm, and in furtherance of such crimes, possessed such firearm, and used/discharged such firearm, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii).

COMPLAINANT FURTHER STATES:

I, Brian C. Ingargiola, being duly sworn, do hereby depose and state, that:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since July 2000. In that capacity, I attest to the following:

2. On May 31, 2003, Guam Police Department (GPD) officers responded to a shooting at or around 157 Santa Maria Street, Santa Rita Village, Guam. GPD Officer D.D. Cepeda observed the body of Miles Gonzales Fernandez lying motionless on the ground. Fernandez was

-2-

subsequently pronounced dead. Interviews of witnesses at the scene indicated a suspect, Melan Junior Mendiola, and detailed that following an argument, Mendiola shot the victim twice with a handgun and fled the scene, in the process driving over the victims body.

3. A search for MENDIOLA ended with his apprehension on May 31, 2003 at approximately 4:30 PM, by the Guam Police Department, at a grey tin shack located on Kiko Lila Street, Agat. At the time of his arrest MENDIOLA stated that he had a gun, and a firearm was subsequently found located on a bed at the back of the shack. The firearm found was a Sturm, Ruger & Company, Inc., 9 millimeter caliber pistol, Model P85, with an obliterated serial number.

4. On May 31, 2003 at approximately 5:45 PM GPD Officer P.J. Santos #184 advised MENDIOLA of his Constitutional rights via the Guam Police Department's Custodial Interrogation Rights form which MENDIOLA acknowledged and signed. During this interview MENDIOLA admitted to possessing the firearm and shooting Fernandez and driving over his body with his vehicle while fleeing the scene.

5. A check of his MENDIOLA'S criminal history by ATF Special Agent Ken Torres revealed that he had been convicted of possession of a controlled substance, a felony punishable by a term of one year or more, in the Superior Court of Guam, case no. CF166-98, on April 21, 1998.

6. On November 24, 2004, Agent Torres contacted GPD Officer John Tyquienco, a crime lab firearms examiner, who conducted a ballistics examination of the expended casings recovered from the scene of the crime. Officer Tyquienco compared the recovered casings with casings from a test fire of the firearm recovered and determined that they were fired from the same pistol.

- 3 -

Case 1:08-mj-00014   Document 1   Filed 05/29/2008   Page 3 of 5

7. On February 3, 2005, ATF Special Agent John Quintanilla, a Firearms Interstate Nexus Expert, examined digital photographs of the firearm recovered from MENDIOLA. Agent Quintanilla concluded that the Sturm, Ruger & Company, Inc., 9 millimeter caliber pistol, Model P85, with an obliterated serial number was a firearm as defined by Title 18, United States Code (USC), Chapter 44, Section 921(a) (3) and was not manufactured in the Territory of Guam, therefore it must have traveled in interstate and/or foreign commerce

8. Based on the foregoing information, I do believe that there exists probable cause that Melan Junior MENDIOLA is in violation of Title 18 USC 922(g)(1), Possession of a firearm by a convicted felon, Title 18 U.S.C. 922(k), Possession of a firearm with an obliterated serial number, and Title 18 U.S.C., 924 (c)(1)(A)(iii), Use of a firearm during a crime of violence (Title 9, Guam Code Annotated, Section 16.30, Aggravated Murder).

9. I therefore respectfully request the issuance of an arrest warrant for Melan Junior MENDIOLA.

Brian C. Ingargiola
Special Agent, ATF

SUBSCRIBED AND SWORN to before me this 29th day of May 2008.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

- 4 -

# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**
City ____Hagåtña____
Country/Parish _____

**Related Case Information:**
Superseding Indictment _____ Docket Number **08-00014**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__  Matter to be sealed: ____ Yes __x__ No

Defendant Name ____MELAN JUNIOR MENDIOLA____
Alias Name _____
Address _____
____Guam____

Birthdate __Xx/xx/1980__ SS# __xxx-xx-1623__ Sex __M__ Race __PI__ Nationality __Chamorro__

**U.S. Attorney Information:**

AUSA ____Rosetta L. San Nicolas____

Interpreter: __X__ No ____Yes   List language and/or dialect: _____

**RECEIVED MAY 29 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____
☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __3__  ____ Petty ____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 922(g)(1) | Felon in Possession of a Firearm | 1 |
| Set 2 | 18 USC 922(k) | Receipt of Firearm w/Obliterated Serial Number | 2 |
| Set 3 | 18 USC 924(c)91)(A)(iii) | Using and Carrying a Firearm During Crime Violence | 3 |
| Set 4 | | | |

(May be continued on reverse)

Date: __5/28/07__  Signature of AUSA: _____[signature]_____