| | |
|---|---|
| 1 | LEONARDO M. RAPADAS<br>United States Attorney |
| 2 | ROSETTA L. SAN NICOLAS<br>Assistant U.S. Attorney |
| 3 | Suite 500, Sirena Plaza<br>108 Hernan Cortez Avenue |
| 4 | Hagåtña, Guam 96910 |
| 5 | TEL: (671) 472-7332 |

☐ ORIGINAL

**FILED**
DISTRICT COURT OF GUAM

MAY 29 2008

JEANNE G. QUINATA
Clerk of Court

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>MELAN JUNIOR MENDIOLA,<br><br>  Defendant. | MAGISTRATE CASE NO. **08-00014**<br><br>**MOTION FOR WRIT OF HABEAS<br>CORPUS AD PROSEQUENDUM** |

The United States of America, by and through undersigned counsel, hereby moves this Honorable Court for an order for a Writ of Habeas Corpus Ad Prosequendum. The defendant, MELAN JUNIOR MENDIOLA, is now in the custody of the Territorial Detention Center and that said prisoner is required to appear before this Court on May 30, 2008, at 1:30 p.m. for his initial appearance in the United States District Court of Guam and whenever necessary hereafter to attend court appearances in the above-entitled case and upon completion of said prosecution and/or court appearances and/or upon further order of the court, return said prisoner to his place of confinement.

Dated this 28th day of May 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney