melanmendiolawrt

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
MAY 29 2008
JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 08-00014 |
| Plaintiff, | ) | |
| vs. | ) | **WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| MELAN JUNIOR MENDIOLA, | ) | |
| Defendant. | ) | |

TO: OFFICER IN CHARGE
   Territorial Detention Center
   Territory of Guam

This Court finds that MELAN JUNIOR MENDIOLA is now in the custody of the Territorial Detention Center, and that said prisoner is required to appear before this Court on Friday, May 30, 2008, at 1:30 p.m. for an initial appearance in the United States District Court of Guam.

**IT IS HEREBY ORDERED** that the Officer in Charge of the Territorial Detention Center or his authorized agent, or any Federal law enforcement agent shall produce MELAN JUNIOR MENDIOLA before this Court on May 30, 2008, at 1:30 p.m., and whenever necessary hereafter to attend court appearances in the above-entitled case and upon completion of said

-1-

prosecution and/or Court appearances and/or upon further order of the Court, return said prisoner to their place of confinement.

**SO ORDERED** this 29th day of May 2008.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam