**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: MJ-08-00014            DATE: May 30, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio      Electronically Recorded: 1:35:48 - 1:39:48

**APPEARANCES:**
Defendant: Melan Junior Mendiola      Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas      U.S. Agent: Brian Ingargiola
U.S. Probation: Carleen Borja
Interpreter:      Language:

**PROCEEDINGS: Initial Appearance on a Complaint**
- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Defendant advised of his rights.
- Preliminary Hearing set for June 9, 2008 at 2:30 p.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: