# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**MELAN JUNIOR MENDIOLA,**<br><br>Defendant. | MAGISTRATE CASE NO. 08-00014<br><br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nun pro tunc* to May 29, 2008.

/s/ Joaquin V.E. Manibusan, Jr.
**U.S. Magistrate Judge**
**Dated: May 30, 2008**