melanmendioladism

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 08-00014 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **MOTION TO DISMISS** |
| | ) **COMPLAINT** |
| MELAN JUNIOR MENDIOLA, | ) |
| Defendant. | ) |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Complaint in the above cause against defendant, MELAN JUNIOR MENDIOLA, be dismissed, without prejudice, for the reason that the defendant has been charged by an Indictment in Criminal Case No. 08-00032.

Respectfully submitted this 12th day of June 2008.

                                      LEONARDO M. RAPADAS
                                      United States Attorney
                                      Districts of Guam and NMI

                                      /s/Rosetta L. San Nicolas, by
                         By:  /s/ Marivic P. David
                                        ROSETTA L. SAN NICOLAS
                                      Assistant U.S. Attorney