LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 08-00014 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **re United States' Motion to** |
| | ) | **Dismiss Complaint** |
| MELAN JUNIOR MENDIOLA, | ) | |
| | ) | |
| Defendant. | ) | |

Upon application by the Government and the filing of an Indictment in Criminal Case No. 08-00032,

IT IS SO ORDERED that the Complaint in the above-entitled case is hereby dismissed without prejudice.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Jun 16, 2008